# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

City of Columbus, et al. *

**Plaintiff,**

*

**v.** Case No. 1:25-cv-2114

Robert F. Kennedy, Jr., et al. *

**Defendant.** *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that **City of Chicago**
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

July 1, 2025

Date

*Joel M Elm* (signature)

Signature

Joel McElvain (Bar No. 31673)

Printed name and bar number

P.O. Box 34553, Washington, DC 20043

Address

jmcelvain@democracyforward.org

Email address

202-448-9090

Telephone number

202-796-4426

Fax number