IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CITY OF COLUMBUS *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ROBERT F. KENNEDY JR. *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-2114 |

**PLAINTIFFS' MOTION FOR STAY UNDER 5 U.S.C. § 705
OR, IN THE ALTERNATIVE, FOR PRELIMINARY INJUNCTION
AND REQUEST FOR HEARING**

Plaintiffs the City of Columbus, Ohio; the Mayor and City Council of Baltimore, Maryland; the City of Chicago, Illinois; Doctors for America; and Main Street Alliance respectfully move for a stay under section 705 of the Administrative Procedure Act, 5 U.S.C. § 705, or, in the alternative, for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65. For the reasons presented in the accompanying memorandum in support of this motion, Plaintiffs respectfully request that the Court enter an order staying the August 25, 2025, effective date of provisions of the Centers for Medicare & Medicaid Services' rule, "Patient Protection and Affordable Care Act; Marketplace Integrity and Affordability," 90 Fed. Reg. 27,074 (June 25, 2025), that will erode the value of health insurance coverage under the Affordable Care Act, impose barriers on enrollment, and limit the availability of subsidized coverage. The relief that Plaintiffs seek is detailed in the memorandum and accompanying proposed order.

Further, pursuant to Local Rule 105.6, Plaintiffs request a hearing on this motion during the week of August 4–8, in order to provide this Court ample time to reach its opinion before the

challenged rule is scheduled to take effect on August 25.  Briefing on this motion will conclude by July 30.  *See* Local Rule 105.2(a).

Dated: July 2, 2025

Respectfully submitted,

*/s/ Joel McElvain*
JOEL MCELVAIN (BAR NO. 31673)
CORTNEY ROBINSON* (D.C. BAR NO. 1656074)
CHRISTINE L. COOGLE (BAR NO. 21846)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 935-2082
jmcelvain@democracyforward.org
crhenderson@democracyfoward.org
ccoogle@democracyfoward.org

*Counsel for Plaintiffs*

*Admitted *pro hac vice*