IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CITY OF COLUMBUS *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY JR. *et al.*,<br><br>*Defendants*. | Case No. 25-cv-2114 |

### DECLARATION OF FAITH LEACH

I, Faith Leach, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. The facts contained in this declaration are known personally to me and, if called as a witness, I could and would testify competently thereto under oath. I submit this sworn declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

2. I am the Chief Administrative Officer of the City of Baltimore. I have served in this role since March 2023. In my role, I manage the day-to-day government operations across the entire City enterprise, ensuring the effective, efficient, and equitable delivery of City services.

3. Baltimore is the largest city in Maryland and the thirtieth largest city in the United States, with a population of around 568,000 according to 2024 Census estimates.[1]

4. According to 2024 Census estimates, 6.7% of Baltimore's population under the age of 65 lacks health insurance.[2]

---

[1] *QuickFacts*, U.S. Census Bureau, https://www.census.gov/quickfacts/fact/table/baltimorecitymaryland/PST045224.

[2] *Id.*

5. The City of Baltimore is a municipal corporation organized pursuant to Articles XI and XI-A of the Maryland Constitution, entrusted with all the powers of local self-government and home rule afforded by those articles.

6. The Baltimore City Health Department (BCHD) is a City agency and the oldest continuously operating health department in the United States. BCHD has wide-ranging responsibilities for providing health services to residents of the City, including those related to acute communicable diseases, chronic disease prevention, HIV/STD, maternal-child health, school health, and senior services. My duties as Chief Administrative Officer include oversight of BCHD, which is staffed by approximately 900 employees and has an annual budget of approximately $200 million.

7. In particular, BCHD operates a number of specialty clinics out of two principal facilities. These include clinics for reproductive health, sexually transmitted diseases, dental and oral health care, and immunizations.[3]

8. The Baltimore City Health Department also provides or subsidizes a number of other services for Baltimore's uninsured and underinsured residents. In particular, the Department funds a visiting-nurse program that makes house calls for older adults, including those with chronic health conditions like diabetes, hypertension, asthma, and mental health disorders. The Department also funds a number of other programs focused on specific health conditions, including a Community Asthma Program, a Tuberculosis Control Program, a Childhood Lead Poisoning Prevention Program, and programs for substance abuse.[4] And the

---

[3]  *Health Clinics & Services*, Baltimore City Health Department, https://health.baltimorecity.gov/programs/health-clinics-services.

[4]  *See, e.g.*, *Asthma*, Baltimore City Health Department, https://health.baltimorecity.gov/node/454; *Health Clinics & Services*, Baltimore City Health Department, https://health.baltimorecity.gov/programs/health-clinics-services; *Lead Poisoning*, Baltimore City Health Department,

Department subsidizes a number of other entities that provide services to Baltimore residents, including the Baltimore Family League and Health Care Access Maryland.

9. An increase in the uninsured rate will impose additional burdens on each of these programs and therefore require more funding from the City.

10. The Baltimore City Fire Department (BCFD) also maintains an ambulance system that responds to calls covering 92 square miles with a daytime population exceeding 1,000,000. BCFD's emergency medical service seeks reimbursement for its costs from patients' Medicare, Medicaid, or commercial health insurance, but BCFD answers calls regardless of the individuals' health insurance coverage or ability to pay. In 2023, with a budget of more than $62 million for emergency medical services, BCFD answered over 145,000 emergency medic calls, including 15,398 from uninsured residents. In 2024, BCFD answered roughly the same number of total calls, including 17,259 from uninsured residents.

11. If a patient lacks insurance, BCFD will seek reimbursement from the patient personally, making several attempts to collect on the debt. However, these attempts are rarely successful. While EMS was able to recoup about 90.5% of costs from patients with insurance coverage, it only recovered 3.8% of costs from uninsured patients.

12. Thus, an increase in the number of uninsured and underinsured individuals results in more ambulance calls for which Baltimore does not receive reimbursement and thus must make up for the shortfall in its budget.

13. In addition, as one of the busiest emergency medical services departments in the nation, BCFD's emergency medical service is often taxed beyond its capabilities. Wait times

---

https://health.baltimorecity.gov/lead/lead-poisoning; *Substance Use and Misuse*, Baltimore City Health Department, https://health.baltimorecity.gov/programs/substance-abuse; *Tuberculosis*, Baltimore City Health Department, https://health.baltimorecity.gov/node/164.

exceed national rates, and transport units often wait up to an hour to offload patients. To help reduce strain on our overburdened emergency systems, BCFD developed the population health program. BCFD's Population Health Units are a community-focused arm of its EMS Division, designed to improve public health outcomes by delivering care outside the traditional 911-response model. These units are central to Baltimore's shift toward proactive, community-based healthcare. By integrating EMS with public health strategies including harm reduction, in-home care, and transitional support, the unit works to reduce unnecessary 911 calls, emergency department strain, and hospital readmissions, while improving access, equity, and outcomes across vulnerable communities. An increase in the uninsured rate will only increase the avoidable use of acute health services that these programs are designed to address, causing further strain on a system that is already overstretched.

14. Finally, Baltimore—a city of over 560,000 people, at the center of a $259.7 billion regional economy—is harmed by the need to care for a population that is increasingly uninsured. When individuals cannot seek medical treatment, they are necessarily less healthy, less productive, and less able to participate in city life. That has ripple effects throughout the City's programs and the community.

\* \* \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 30, 2025.

Baltimore, MD

*/s/ Faith P. L*
_____
Faith Leach