UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CITY OF COLUMBUS, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ROBERT F. KENNEDY, JR., in his official ) <br> capacity as Secretary of the United States ) <br> Department of Health and Human Services, *et* ) <br> *al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:25-cv-2114-BAH |

**[Proposed] ORDER**

Before the Court is Defendants' Consent Motion for Extension of Time, in which Defendants request that their deadline to file an opposition to Plaintiffs' motion for preliminary relief, ECF No. 11, be extended by nine days to July 25, 2025. Having reviewed the Motion, Local Rules, and relevant law, Defendants' Motion is **GRANTED**. It is hereby **ORDERED** that Defendants' opposition to Plaintiffs' motion for preliminary relief is due by July 25, 2025.

_____
BRENDAN A. HURSON
United States District Judge

Date: _____, 2025

1