UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| CITY OF COLUMBUS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:25-cv-2114-BAH |

### [Proposed] ORDER

Before the Court is Plaintiffs' Motion for Stay Under 5 U.S.C. § 705 or, In the Alternative, For Preliminary Injunction, ECF No. 11, which Defendants oppose. Having considered the parties' briefing, arguments of counsel, and relevant law, Plaintiffs' Motion is hereby **DENIED**.

_____
BRENDAN A. HURSON
United States District Judge

Date: _____, 2025

1