IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CITY OF COLUMBUS *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ROBERT F. KENNEDY, JR. *et al.*, <br><br> *Defendants*. | Case No. 25-cv-2114 |

**PLAINTIFFS' SUBMISSION IN RESPONSE
TO COURT'S AUGUST 15, 2025 MINUTE ORDER**

Pursuant to the Court's August 15, 2025 minute order "directing Plaintiffs to file updated perma.cc links by Monday, August 18, 2025 at 5pm in accordance with the instructions sent to the parties by the Court via email," ECF No. 32, Plaintiffs provide below updated perma.cc links to the Urban Institute comment and the National Association of Insurance Commissioners comment cited in Plaintiffs' reply brief, ECF No. 30, at 24.  Out of an abundance of caution, Plaintiffs are also providing the original links to each comment from Regulations.gov as well as copies of each comment, which are attached as exhibits to this filing.

**Exhibit A, Urban Institute comment (Apr. 11, 2025)**

- Perma.cc link: https://perma.cc/R5UM-GDCQ

- Original link: https://www.regulations.gov/comment/CMS-2025-0020-24021

**Exhibit B, National Association of Insurance Commissioners comment (April 10, 2025)**

- Perma.cc link: https://perma.cc/C4PM-7QZ4

- Original link: https://www.regulations.gov/comment/CMS-2025-0020-19406

Dated: August 17, 2025

Respectfully submitted,

*/s/ Joel McElvain*
JOEL MCELVAIN (BAR NO. 31673)
CORTNEY ROBINSON*
CHRISTINE L. COOGLE (BAR NO. 21846)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 935-2082
jmcelvain@democracyforward.org
crhenderson@democracyfoward.org
ccoogle@democracyfoward.org

*Counsel for Plaintiffs*

*Admitted pro hac vice