UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CITY OF COLUMBUS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-2114-BAH |

### DEFENDANTS' MOTION FOR A STAY PENDING APPEAL

Defendants respectfully move the Court for a stay of paragraph 2(f) of this Court's August 25, 2025 Order, ECF No. 38, pending appeal to the United States Court of Appeals for the Fourth Circuit. The basis for Defendants' motion is set forth in the attached Memorandum.

DATED: August 29, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC B. BECKENHAUER
Assistant Director
Federal Programs Branch

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
Indiana Bar No. 37147-49
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8467
Fax: (202) 616-8470

Email: zachary.w.sherwood@usdoj.gov

*Counsel for Defendants*