IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CITY OF COLUMBUS *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ROBERT F. KENNEDY JR. *et al.*, <br><br> *Defendants*. | Case No. 25-cv-2114-BAH |

**PLAINTIFFS' NOTICE OF INTENT TO FILE RESPONSE**

Plaintiffs respectfully inform the Court that they intend to file a response later today to Defendants' Motion for a Stay Pending Appeal, ECF No. 42. Defendants filed their motion in the afternoon of Friday, August 29, and later the same day they filed a parallel motion in the Fourth Circuit.

On August 31, the Fourth Circuit entered an order directing that a response be filed in that court on or before Monday, September 8.

Dated: September 2, 2025

Respectfully submitted,

*/s/ Joel McElvain*
CHRISTINE L. COOGLE (BAR NO. 21846)
JOEL MCELVAIN (BAR NO. 31673)
CORTNEY ROBINSON*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 935-2082
jmcelvain@democracyforward.org
crhenderson@democracyfoward.org
ccoogle@democracyfoward.org

*Counsel for Plaintiffs*

**Admitted pro hac vice*

1