IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CITY OF COLUMBUS *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ROBERT F. KENNEDY JR. *et al.*, <br><br> *Defendants*. | Case No. 25-cv-2114-BAH |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully inform the Court that, on September 18, 2025, the United States Court of Appeals for the Fourth Circuit denied the motion filed by the defendants-appellants for a partial stay pending appeal of this Court's orders of August 22, 2025, ECF No. 36, and August 25, 2025, ECF No. 37. *See* Dkt. No. 22, *City of Columbus v. Kennedy*, No. 25-2012 (4th Cir. Sept. 18, 2025).

Dated: September 18, 2025

Respectfully submitted,

*/s/ Joel McElvain*
CHRISTINE L. COOGLE (BAR NO. 21846)
JOEL MCELVAIN (BAR NO. 31673)
CORTNEY ROBINSON*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 935-2082
jmcelvain@democracyforward.org
crhenderson@democracyfoward.org
ccoogle@democracyfoward.org

*Counsel for Plaintiffs*

*Admitted pro hac vice

1