IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| CITY OF COLUMBUS ET AL., | * |
| Plaintiffs, | * |
| v. | * |
|  | *   Civil No. 25-2114-BAH |
| ROBERT F. KENNEDY, JR., ET AL., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Pending before the Court is Defendants' motion to stay paragraph 2(f) of the order granting the preliminary injunction. *See* ECF 42. Plaintiffs oppose this motion, ECF 44, and Defendants filed a reply, ECF 47. Having considered the factors governing stays pending appeal, *see Nken v. Holder*, 556 U.S. 418, 434–35 (2009), to the extent this Court has the authority to grant relief that the Court of Appeals for the Fourth Circuit has already denied, *see* ECF 49 (Fourth Circuit order denying Defendants' request for stay pending appeal), Defendants' motion, ECF 42, is DENIED.

Dated: September 29, 2025

_____/s/_____
Brendan A. Hurson
United States District Judge