UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CITY OF COLUMBUS, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 1:25-cv-2114-BAH |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME
IN LIGHT OF LAPSE OF APPROPRIATIONS**

Defendants hereby move for an extension of their deadline to respond to Plaintiffs' Complaint, ECF No. 1. At the end of the day on September 30, 2025, the appropriations act that had been funding the United States Department of Justice ("DOJ") expired, and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the Department of Health and Human Services ("HHS"). DOJ does not know when such funding will be restored by Congress. Absent an appropriation, DOJ attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. In light of the lapse of appropriations, undersigned counsel for DOJ therefore requests that Defendants' deadline to respond to Plaintiffs' Complaint, which is currently October 16, 2025, *see* ECF No. 51, be extended by 14 days to October 30, 2025.

Defendants have conferred with Plaintiffs, through counsel, and Plaintiffs consent to the relief requested in this motion.

1

DATED: October 10, 2025                    Respectfully submitted,

                                                            BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC B. BECKENHAUER
Assistant Director
Federal Programs Branch

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
Indiana Bar No. 37147-49
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8467
Fax: (202) 616-8470
Email: zachary.w.sherwood@usdoj.gov

*Counsel for Defendants*

2