# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CITY OF COLUMBUS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-2114-BAH |

## ORDER

Before the Court is the parties' Joint Motion to Enter Briefing Schedule, ECF 57, in which the parties request that the Court enter a scheduling order setting a schedule for summary judgment briefing in this matter. Having reviewed the Joint Motion, the Local Rules, and the relevant law, the Joint Motion is **GRANTED**. It is hereby **ORDERED** as follows:

1. Defendants shall certify and produce the administrative record by **December 19, 2025**.
2. Plaintiffs shall file a motion for summary judgment by **January 20, 2026**.
3. Defendants shall file an opposition and cross-motion for summary judgment by **February 17, 2026**.
4. Plaintiffs shall file an opposition and reply by **March 17, 2026**.
5. Defendants shall file a reply by **April 14, 2026**.
6. Defendants' deadline to answer Plaintiffs' Complaint shall be extended to 30 days following the Court's resolution of the parties' cross-motions for summary judgment, if the case then remains pending.

/s/
_____
Brendan A. Hurson
United States District Judge

Date: ___November 13___, 2025

1