UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| CITY OF COLUMBUS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-2114-BAH |

### NOTICE OF PRODUCTION

On December 17, 2025, Defendants produced the complete Administrative Record for the Department of Health and Human Services' final rule entitled *Patient Protection and Affordable Care Act: Marketplace Integrity and Affordability*, CMS 9884-F, published in the Federal Register at 90 Fed. Reg. 27,074, to Plaintiffs' counsel by way of an email containing a Box link. Attached to this Notice is the Index of that Administrative Record and its Certification. The Record is voluminous, containing nearly 40,000 pages and measuring approximately 3.3 gigabytes. To upload the Administrative Record to ECF would require breaking it into at least 111 separate attachments, using the thirty-megabyte filing limit listed on the District's website. Due to the impracticability of electronic filing, the Government obtained Plaintiffs' consent to transmit the Administrative Record to them by Box, a digital file sharing service.

On December 18, 2025, Defendants mailed a one-day FedEx package to the Court, which contained a flash drive with the Administrative Record uploaded to it. Should the Court prefer an invitation to access the files on Box, or any other medium, please contact me at Jordan.A.Hulseberg2@usdoj.gov or at (202) 598-3856.

DATED: 12/19/25

                                        Respectfully submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General

Civil Division

ERIC B. BECKENHAUER
Assistant Director
Federal Programs Branch

*/s/ Jordan A. Hulseberg*
JORDAN A. HULSEBERG
(DC Bar No. 90033542)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-385

2