# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CITY OF COLUMBUS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-2114-BAH |

## CERTIFICATION AND INDEX FOR THE ADMINISTRATIVE RECORD

I, Jeff Wu, Deputy Director for Policy, Center for Consumer Information and Insurance Oversight, Centers for Medicare & Medicaid Services ("CMS"), United States Department of Health and Human Services, certify that, to the best of my knowledge, the materials listed in the accompanying index constitute a true and complete copy of the administrative rulemaking record for the final rule entitled *Patient Protection and Affordable Care Act; Marketplace Integrity and Affordability*, CMS 9884-F, published in the Federal Register at 90 Fed. Reg. 27,074 (June 20, 2025), portions of which have been challenged in the above-captioned case.

Dated: December 12, 2025

_____
Jeff Wu
Deputy Director for Policy
Center for Consumer Information and Insurance Oversight
Centers for Medicare & Medicaid Services
U.S. Department of Health and Human Services

## INDEX

| | |
|---|---|
| CMS-9884-F, *Final Rule* | AR 00001–AR 000151 |
| Public Comments for CMS-9884-F | AR 000152–AR 035088 |
| Additional Materials Considered by the Agency in Promulgating CMS-9884-F | AR 035089-AR 039349 |
| CMS-9884-P, *Proposed Rule* | AR 039350-AR 039440 |

1