**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CITY OF COLUMBUS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:25-cv-2114-BAH |
| v.      ) | Leave to file in excess of page limit granted |
| ) | on Feb. 9, 2026 |
| ROBERT F. KENNEDY, JR., in his official ) | |
| capacity as Secretary of the United States | |
| Department of Health and Human Services, *et al.*, ) | |
| ) | |
| ) | |
| Defendants.  ) | |
| ) | |
| ) | |
| ) | |

**DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT**
**AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendants respectfully move for summary judgment in their favor pursuant to Federal Rule of Civil Procedure 56(a).  For the reasons presented in the accompanying memorandum in support of this motion, Defendants respectfully request that the Court deny Plaintiffs' Motion for Summary Judgment and uphold the Centers for Medicare & Medicaid Services' rule, "Patient Protection and Affordable Care Act; Marketplace Integrity and Affordability," 90 Fed. Reg. 27,074 (June 25, 2025), and declare the challenged provisions to be lawful and valid under the Administrative Procedure Act, 5 U.S.C. § 706.

1

DATED: February 17, 2026                    Respectfully Submitted

                                       BRETT SHUMATE
Assistant Attorney
General Civil Division

ERIC B. BECKENHAUER
Assistant
Director Federal
Programs Branch

*/s/ Jordan A. Hulseberg*
JORDAN A. HULSEBERG
D.C. Bar No. 90033542
Trial Attorney
United States Department of
Justice, Civil Division,
Federal Programs Branch
1100 L Street NW
Washington, DC 20005


Phone: (202) 598-3856
Fax: (202) 616-8470
Email: jordan.a.hulseberg2@usdoj.gov

*Counsel for Defendants*