**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

CITY OF COLUMBUS *et al.*,

        *Plaintiffs*,

v.

ROBERT F. KENNEDY JR. *et al.*,

        *Defendants*.

Case No. 25-cv-2114-BAH

**PLAINTIFFS' NOTICE OF FILING OF RELATED CASE**

Plaintiffs respectfully inform the Court that, on June 3, 2026, they (along with an additional plaintiff) filed a complaint in this Court challenging provisions of a new rule issued by the Defendant Centers for Medicare & Medicaid Services (CMS), "Patient Protection and Affordable Care Act, HHS Notice of Benefit and Payment Parameters for 2027; and Basic Health Program," 91 Fed. Reg. 29,526 (May 20, 2026), under the Administrative Procedure Act.  *See* Compl., Dkt. No. 1, *City of Columbus v. Kennedy*, No. 26-cv-2215 (D. Md. filed June 3, 2026). This case and the new case are related under Local Rule 103.1(b).

The complaint challenges, as unlawful, arbitrary and capricious or both, several provisions in the new rule, including provisions that, to Plaintiffs' understanding, are materially identical to provisions in CMS's prior rulemaking that have been stayed in this action, *see* ECF No. 38, and that are the subject of the parties' cross-motions for summary judgment, *see* ECF No. 65, ECF No. 68.  Those cross-motions have been fully briefed and are ripe for this Court's decision.

2

Dated: June 3, 2026

Respectfully submitted,

/s/ Joel McElvain.
JOEL MCELVAIN (BAR NO. 31673)
CORTNEY ROBINSON HENDERSON (BAR NO. 31968
CHRISTINE L. COOGLE (BAR NO. 21846)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 935-2082
jmcelvain@democracyforward.org
crhenderson@democracyfoward.org
ccoogle@democracyfoward.org

Counsel for Plaintiffs