FILED: June 23, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2012
(1:25-cv-02114-BAH)

_____

CITY OF COLUMBUS; MAYOR & CITY COUNCIL OF BALTIMORE; CITY
OF CHICAGO; DOCTORS FOR AMERICA; MAIN STREET ALLIANCE

   Plaintiffs - Appellees

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United
States; UNITED STATES DEPARTMENT OF HEALTH & HUMAN
SERVICES; MEHMET OZ, in his official capacity as Administrator of the
Centers for Medicare and Medicaid Services; CENTERS FOR MEDICARE &
MEDICAID SERVICES

   Defendants - Appellants

_____

RULE 42(b) MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes

effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

        */s/Nwamaka Anowi, Clerk*