## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CITY OF COLUMBUS, *et al.*,

      Plaintiffs,

    v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*,

      Defendants.

Civil Action No. 1:25-cv-2114-BAH

## NOTICE OF APPEAL

Defendants hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Court's June 12, 2026 Memorandum Opinion (ECF No. 73) and Order (ECF No. 74), as amended on June 16, 2026 (ECF No. 76), granting Plaintiffs' motion for summary judgment in part and vacating provisions of the Patient Protection and Affordable Care Act Marketplace Integrity and Affordability Rule.

- 1 -

- 2 -

Dated: July 16, 2026

Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General
Civil Division

ERIC B. BECKENHAUER
Assistant Director
Federal Programs Branch

/s/ Jordan A. Hulseberg
JORDAN A. HULSEBERG
(D.C. Bar No. 90033542)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005

Phone: (202) 598-3856
Fax: (202) 616-8470
Email: jordan.a.hulseberg2@usdoj.gov

*Counsel for Defendants*