FILED:  July 21, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1938
(1:25-cv-02114-BAH)

_____

CITY OF COLUMBUS; MAYOR AND CITY COUNCIL OF BALTIMORE; CITY OF
CHICAGO; DOCTORS FOR AMERICA; MAIN STREET ALLIANCE

       Plaintiffs - Appellees

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States;
UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; MEHMET
C. OZ, in his official capacity as Administrator of the Centers for Medicare and
Medicaid Services; CENTERS FOR MEDICARE & MEDICAID SERVICES

       Defendants - Appellants

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:25-cv-02114-BAH |
| Date notice of appeal filed in originating court: | 07/16/2026 |
| Appellant(s) | Robert F. Kennedy, Jr., United States Department of Health and Human Services, Mehmet Oz, & Centers for Medicare & Medicaid Services |
| Appellate Case Number | 26-1938 |
| Case Manager | P. Ballard 804-916-2702 |